# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>EMILY D. SYZDEK N/K/A EMILY FRAHER, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-05145<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, MOTION FOR DEFAULT JUDGMENT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served EMILY D. SYZDEK N/K/A EMILY FRAHER the above process on the 8 day of March, 2018, at 12:31 o'clock, PM, at 510 CENTRAL AVE GLENSIDE, PA 19038, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 36-40  Height 5'5"  Weight 200  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
                                            ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-175704
Case ID #: 5124906

Subscribed and sworn to before me this _9_ day of _Mar_, 20_18_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021